NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DIANA L. HARRISON,**
*Petitioner,*

v.

**DEPARTMENT OF AGRICULTURE,**
*Respondent.*

---

2010-3150

---

Petition for review of the Merit Systems Protection Board in case no. DC0752100191-I-1.

---

## ON MOTION

---

## O R D E R

Diana L. Harrison moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**AUG 1 6 2010**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Diana L. Harrison
     Ellen M. Lynch, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

AUG 1 6 2010

**JAN HORBALY**
**CLERK**